# Court of Appeals
# of the State of Georgia

ATLANTA,  January 03, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0703. ELIZABETH DENISE CALDON SORKNESS v. THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA.**

This is the second appearance of this "whistleblower" action in this Court. In the first, the trial court granted summary judgment to the defendant, the Board of Regents of the University System of Georgia. We affirmed the trial court's judgment. *Caldon v. Board of Regents of the University System of Georgia*, 311 Ga. App. 155 (715 SE2d 487) (2011). In November 2021, Sorkness filed her "Seventh Motion to Lift Protective Orders," which she later amended.[1] The trial court denied the motion on June 22, 2022. Sorkness filed a notice of appeal on July 25, 2022. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Because Sorkness filed her notice of appeal 33 days after entry of the order she seeks to appeal, this appeal is untimely.

---

[1] In all of the previous motions, Sorkness attempted to lift the same protective orders entered in the case. The trial court denied all of the prior motions, and Sorkness did not appeal those orders.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  01/03/2023*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*